IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | Case No. 3:18-CR-66 (1) |
| vs. : | HONORABLE WALTER H. RICE |
| Pinn, Dwan Marquise : | |
| Defendant : | |

ORDER AMENDING BOND CONDITIONS

For good cause shown, the Court hereby amends the bond conditions filed in this matter on May 7, 2018 adding the following condition:

1. *The United States Pretrial Services Office or supervising officer may remove the defendant's location monitoring equipment prior to his surrender date.*

All other bond conditions remain in full force and effect.

Date: 10/17/2019

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT JUDGE